```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 25215
   VALERIE TEAGUE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4105


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/23/2008 and was not confirmed.

     The case was dismissed without confirmation 01/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
BARNES AUTO GROUP           UNSECURED        NOT FILED            .00            .00
CAPITAL ONE                 UNSECURED         2209.15             .00            .00
SBC ILLINOIS                UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP       UNSECURED          647.94             .00            .00
LEADINGMAN CLOTHES          UNSECURED        NOT FILED            .00            .00
COOK COUNTY HOSPITAL        UNSECURED        NOT FILED            .00            .00
COOK COUNTY HOSPITAL        UNSECURED        NOT FILED            .00            .00
MOUNT SINAI HOSPITAL        UNSECURED        NOT FILED            .00            .00
AT&T                        UNSECURED        NOT FILED            .00            .00
ILLINOIS DEPT OF HUMAN S    UNSECURED        NOT FILED            .00            .00
SINAI MEDICAL GROUP         UNSECURED        NOT FILED            .00            .00
MCI                         UNSECURED        NOT FILED            .00            .00
PEOPLES ENERGY              UNSECURED        NOT FILED            .00            .00
WEST SIDE EMERGENCY PHYS    UNSECURED        NOT FILED            .00            .00
CITI RESIDENTAL LENDING     CURRENT MORTG         .00             .00            .00
CITI RESIDENTAL LENDING     MORTGAGE ARRE     9000.00             .00            .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         2031.19             .00            .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       41.50             .00          41.50
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,500.00                          204.42
TOM VAUGHN                  TRUSTEE                                             19.08
DEBTOR REFUND               REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  265.00

PRIORITY                                          41.50
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   204.42
TRUSTEE COMPENSATION                              19.08
DEBTOR REFUND                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25215 VALERIE TEAGUE
```

```
                                  ---------------      ---------------
TOTALS                                     265.00               265.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 08 B 25215 VALERIE TEAGUE